UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENE GATO,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:25-cv-00639-ART-CLB<br><br>ORDER |

Rene Gato, an individual incarcerated at Nevada's Lovelock Correctional Center (LCC), initiated this habeas corpus action, *pro se*, on November 7, 2025, by filing a petition for writ of habeas corpus (ECF No. 1-1).

Gato has not paid the $5 filing fee for this action, and he has not submitted an application to proceed *in forma pauperis*. Gato will be required to either pay the filing fee or file an application to proceed *in forma pauperis*, using the correct form for LCC, before his habeas petition is filed and this case proceeds.

It is therefore ordered that Petitioner will have 30 days following the entry of this order to pay the $5 filing fee for this action or file an application to proceed *in forma pauperis*. If Petitioner does not do one or the other in the time allowed, this action may be dismissed.

DATED THIS 14th day of November, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1